JACK BURKET, et al.,                              Case No. 05-72110
JENNIFER ADAMS, et al.,                           Case No. 05-72171
WILLIAM CLIFF, et al.,                            Case No. 05-72221

             Plaintiffs                              Hon. Patrick J. Duggan

v.

HYMAN LIPPITT, P.C., et al.,

             Defendants

---

## AMENDED ORDER DISMISSING THIRD-PARTY CLAIMS AND COUNTERCLAIMS

The Court is informed that third-party plaintiff/counter-plaintiff Hyman Lippitt, P.C. ("Hyman Lippitt") and third-party defendants/counter-defendants Keith Mohn, Laurence Mohn and Michael Barratta have reached a settlement which provides for the mutual dismissal with prejudice of Hyman Lippitt's third-party claims and counterclaims against Keith Mohn, Laurence Mohn, Mohn Financial Group, LLC, Mohn Asset Management, LLC, and Michael Baratta (collectively "Mohn Defendants") and of Keith Mohn's counterclaim against Hyman Lippitt, in these actions; and based on the attached Stipulation of the parties:

IT IS HEREBY ORDERED that:

1.     All claims asserted in these actions by Hyman Lippitt. P.C., Norman Lippitt, Douglas Hyman, Brian O'Keefe and John Sellers against Keith Mohn, Laurence Mohn, Mohn Financial Group, LLC, Mohn Asset Management, LLC, and Michael Baratta, whether denominated as a third-party claim, counterclaim or otherwise, are hereby dismissed with prejudice and without costs or attorney fees to any party.

2.      The counterclaims asserted in these actions by Keith Mohn against Hyman Lippitt, P.C. are hereby dismissed with prejudice and without costs or attorney fees to any party.

3.      This order shall not constitute a dismissal of or affect any of Plaintiffs' claims against Hyman Lippitt and defendant Terry S. Givens in these actions.


S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  September 4, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 4, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager