UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER ADAMS, et al,
Plaintiffs,

Case No. 05-72171

v.

Hon. Patrick J. Duggan
Magistrate Mona K. Majzoub

HYMAN LIPPITT, P.C., et al,
Defendants.

_____

**LARRY W. BENNETT, (P26294)**
Giarmarco, Mullins & Horton, P.C.
Co-Counsel for Plaintiffs
101 West Big Beaver Road, 10th Floor
Troy, MI 48084
248.457.7037

**ANDREW H. WILSON, (CA SBN 63209)**
Wilson Campilongo, LLP
Counsel for Plaintiffs/3rd Party Def Wilson only
7 Mt. Lassen Dr., Suite C250
San Rafael, CA 94903
415.289.7100

**DAVID W. POTTS (P19043)**
Butzel Long, P.C.
Co-Counsel for Defendant Terry Givens Only
4100 Woodward Avenue
Bloomfield Hills, MI 48304
248.258.1438

**TERRY S. GIVENS (P14029)**
Co-Counsel for Defendant Terry Givens Only
18901 Fifteen Mile Road
Clinton Township, MI 48034
586.723.1909

_____

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AS TO TERRY S. GIVENS

**UPON STIPULATION OF THE PARTIES,**

**IT IS ORDERED** that this matter is dismissed with prejudice and without costs as to all claims, counterclaims or third party claims that were brought or that could have been brought as to or between Terry S. Givens and any of the remaining parties to this litigation.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  December 31, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on December 31, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

Stipulated and Approved for entry:
Dated: December 31, 2008

 /s/ with consent of Larry W. Bennett            /s/  Terry S. Givens
    Larry W. Bennett, Esq.                                  Terry S. Givens, Esq.
    Co-Counsel for Plaintiffs                               Co-Counsel for Defendant Terry Givens

 /s/ with consent of  Andrew H. Wilson
    Andrew H. Wilson, Esq.
    As Counsel for 3rd Party Defendant Wilson